Christopher Rice
31-Wing Ave Apt B4
Dover Plains N.Y. 12522
Tel Number: 845-546-1367
Case Number: 20-35907
Soc Sec Number: ████ 4931

To Whom It May Concern:

I am writing to request conversion of Chapter 13 to Chapter 7 Bankruptcy, enclosed is a postal money order for $25.00, I have been in Chapter 13 for about 3 years now in good standing and everything seems to be going up in price rent etc. Thank you very much.

Very Best Regards
Christopher Rice
*[signature]*

RECEIVED
SEP 11 2023
U.S. BANKRUPTCY COURT
POUGHKEEPSIE, NY